R. Matthew Feller (12345)
Mark L. Carlson (13167)
FELLER & WENDT, LLC
1834 East 3100 North
Layton, Utah  84040
Telephone: (801) 499-5060
Facsimile:   (801) 499-5064
mattfeller@fellerwendt.com
markcarlson@fellerwendt.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| ADRIAN PEREZ-TAMAYO, an individual, GINA MUSCOLINO, an individual, and JOSE PEREZ-TAMAYO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**DAVIS COUNTY SCHOOL DISTRICT**, a political subdivision of the State of Utah **DAVIS HIGH SCHOOL**, a political subdivision of the State of Utah, **BRIANNE LAND ALTICE,** an individual, **BRYAN BOWLES**, Superintendent, **CRAIG POLL**, Assistant Superintendent, **PAMELA PARK**, Assistant Superintendent, **CRAIG CARTER**, Assistant Superintendent, **DEE BURTON**, Principal, **RICHARD FIRMAGE**, Assistant Principal, **RYAN BISHOP**, Assistant Principal, **CATHY EVANS**, Assistant Principal, **DAVE NIELSON**, Assistant Principal and **DOES 1-10**.<br><br>Defendants. | **STIPULATION OF DIMISSAL FOR DEFENDANT DAVIS HIGH SCHOOL**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.     1:15-cv-00157<br>Judge:     Evelyn J. Furse |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the Parties file this Stipulation of Dismissal for Defendant Davis High School. In accordance with Rule 41(a)(1)(A)(ii), this stipulation of dismissal is signed by all parties who have appeared.

DATED this 9th day of February, 2016.

Feller & Wendt, LLC

/s/ Mark Carlson
R. Matthew Feller
Mark Carlson
Attorneys for Plaintiffs

Attorney General's Office

Kyle Kaiser
Section Director, Civil Rights Section
Utah Attorney General's Office
Attorney for Davis County School District, a political subdivision of the State of Utah, Davis High School, a political subdivision of the State of Utah, Bryan Bowles, Superintendent, Craig Poll, Assistant Superintendent, Pamela Park, Assistant Superintendent, Craig Carter, Assistant Superintendent, Dee Burton, Principal, Richard Firmage, Assistant Principal, Ryan Bishop, Assistant Principal, Cathy Evans, Assistant Principal, and Dave Nielson, Assistant Principal.

Stipulation of Dismissal for Davis High School
Perez-Tamayo v. Davis County School District, et. al.
Page **2** of **2**